[No. 23607-9-II.    Division Two.    October 22, 1999.]

RAMONA MURPHY, ET AL., *Defendants*, SHIRLEY ROSS, *Appellant*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-10700-6, Nile E. Aubrey, J., entered July 2, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 38685-9-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL C. RUTHERFORD III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-01108-6, Larry Jordan, J., entered May 10, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, C.J., and Grosse, J.

[No. 39598-0-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC CUTSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-05732-2, Michael S. Spearman, J., entered September 25, 1996. *Dismissed* by unpublished per curiam opinion.